IRA PORTER, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued October 22, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*W. F. O'Neill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HARRISON MILLS, Respondent, *v.* JAMES M. MILLS et al., Appellants.

(Submitted October 23, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. F. O'Neill* for appellant.

*J. W. Gott* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.